IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

    Plaintiff,

 v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

No. C 05-03209 SBA (PR)

**ORDER OF DISMISSAL**

    Plaintiff Darryl Lee Goldstein filed the instant pro se civil rights complaint under 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis.

    In an Order dated July 29, 2008, the Court granted Plaintiff leave to file an amended complaint in order to cure the pleading deficiencies of his RLUIPA and retaliation claims. The Court also directed Plaintiff to explain whether he exhausted his administrative remedies with respect to his RLUIPA and retaliation claims before he filed his complaint. The Court dismissed Plaintiff's remaining claims for failure to state a claim. The Court informed Plaintiff that if he failed to file an amended complaint within thirty days, this action would be dismissed without prejudice for failure to state a cognizable claim for relief and for failure to exhaust available administrative remedies.

    More than thirty days have passed, and Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, this action is DISMISSED without prejudice. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: _____9/3/08

                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

P:\PRO-SE\SBA\CR.05\Goldstein3209.Dismiss.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDSTEIN, | Case Number: CV05-03209 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| COUNTY OF SAN MATEO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein
101 Hyde Street
San Francisco, CA 94102

Dated: September 4, 2008
                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.05\Goldstein3209.Dismiss.frm