**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  DARRYL LEE GOLDSTEIN,                        No. C 05-03209 SBA (PR)
10              Plaintiff,
                                                **ORDER DENYING PLAINTIFF'S**
11    v.                                        **REQUEST FOR EXTENSION OF TIME**
                                                **TO FILE AMENDED COMPLAINT**
12  COUNTY OF SAN MATEO, et al.,
13              Defendants.
                                          /
14

15        Plaintiff Darryl Lee Goldstein filed the instant pro se civil rights complaint under 42 U.S.C.

16  § 1983.

17        In an Order dated July 29, 2008, the Court granted Plaintiff leave to file an amended

18  complaint in order to cure the pleading deficiencies of his RLUIPA and retaliation claims.  The

19  Court also directed Plaintiff to explain whether he exhausted his administrative remedies with

20  respect to his RLUIPA and retaliation claims before he filed his complaint.  The Court dismissed

21  Plaintiff's remaining claims for failure to state a claim.  The Court informed Plaintiff that if he failed

22  to file an amended complaint within thirty days, this action would be dismissed without prejudice

23  for failure to state a cognizable claim for relief and for failure to exhaust available administrative

24  remedies.

25        In an Order dated September 3, 2008, the Court dismissed this action without prejudice

26  because Plaintiff failed to file an amended complaint within the thirty-day time frame.

27        On September 11, 2008, Plaintiff filed a request for a fourteen-day extension of time to file

28  his amended complaint.  The Court notes that Plaintiff was supposed to file his amended complaint

1  by August 28, 2008, thirty days after the July 29, 2008 Order was issued.  Plaintiff claims that "[his]

2  health and two hospital stays prevented [him] from bringing the brief in on time."  (Pl.'s Req. at 1.)

3  He alleges that he was hospitalized from September 1, 2008 through September 2, 2008, and he

4  submits documentation to prove his allegation.  However, the Court finds Plaintiff's allegations

5  meritless because the deadline to file his amended complaint had already passed during the dates he

6  was hospitalized.  Accordingly, the Court DENIES his request for an extension of time to file an

7  amended complaint (docket no. 36).

8       IT IS SO ORDERED.

9  DATED: 9/18/08

10  _____
   SAUNDRA BROWN ARMSTRONG
   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\CR.05\Goldstein3209.DenyEOT2amend.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  GOLDSTEIN,                                    Case Number: CV05-03209 SBA

7              Plaintiff,                        **CERTIFICATE OF SERVICE**

8     v.

9  COUNTY OF SAN MATEO et al,

10             Defendant.
                                              /
11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13
    That on September 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17
    Darryl Lee Goldstein
18  101 Hyde Street
    San Francisco, CA 94102
19
    Dated: September 22, 2008
20                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
21

22

23

24

25

26

27

28

    P:\PRO-SE\SBA\CR.05\Goldstein3209.DenyEOT3amend.wpd