IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

    Plaintiff,

v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

No. C 05-03209 SBA (PR)

**ORDER TERMINATING PENDING MOTION AS MOOT**

This is a civil rights action that has been closed as of September 3, 2008.

Before the Court is Plaintiff's "Motion Requesting that the Court Verify His Pro Se Status in this Case." Because this case is closed, his motion is TERMINATED as moot.

This Order terminates Docket no. 40.

IT IS SO ORDERED.

DATED: 2/11/10

                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

GOLDSTEIN,

    Plaintiff,

v.

COUNTY OF SAN MATEO et al,

    Defendant.

Case Number: CV05-03209 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein 100002
San Mateo County Jail
300 Bradford Street
Redwood City, CA 94063

Dated: February 11, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.05\Goldstein3209.termPOST2-JUDmot.wpd